DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEGACY STAFFING ASSOCIATES, LLC,**
Appellant,

v.

**KEVIN JOHNSTON, JR.,**
Appellee.

No. 4D2023-3017

[April 4, 2024]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Jr., Judge; L.T. Case No. CACE 23-14979.

Ellen M. Leibovitch and Greg M. Popowitz of Assouline & Berlowe, P.A., Dania Beach, for appellant.

Ted P. Galatis, Jr., of Ted P. Galatis, Jr., P.A., Lauderdale by the Sea, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***